Los Esposos Gregorio Cubero y María Domínguez, demandantes, apelados y apelantes, *v.* Rosa y Cecilia Chevremont, demandadas, apelantes y apeladas.

No. 6208.—*Sometido:* Diciembre 4, 1933. *Resuelto:* Diciembre 20, 1933.

*L. Méndez Vaz,* abogado de las apelantes y apeladas; *Ángel A. Vázquez,* abogado de los apelados y apelantes.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Se nos pide que desestimemos la apelación de las demandadas por ser frívola y porque su alegato no cumple con las reglas de esta corte. Examinando el alegato, hallamos que en realidad no hace un señalamiento separado de errores, no contiene una breve relación del caso, ni hace referencia a las páginas de los autos al mencionar éstos.

No citaremos aquí las decisiones aplicables, pero el abogado de las demandadas apelantes puede hallarlas fácilmente.

No afecta la cuestión el hecho de que el letrado haya radicado antes de ahora alegatos en forma similar, a los cuales no se formuló objeción. La idea de la regla es que la materia litigiosa sea presentada concisamente al tribunal. Catorce páginas—como las que el alegato contiene—de materia sin cristalizar, pueden constituir un gravamen sobre la atención de todo punto innecesario. Las cuestiones envueltas deben ser rápidamente expuestas ante el tribunal y al apelado debe serle posible ver de una ojeada las cuestiones importantes que ha de afrontar.

Sin embargo, hemos examinado el alegato de las demandadas apelantes y si bien no lo hemos digerido de un todo, hemos visto lo bastante para convencernos de que la apelación no es claramente frívola. Por consiguiente, concedere-

mos a las demandadas diez días para presentar un alegato enmendado que cumpla con nuestro reglamento. Si esto no se hiciere, los demandantes apelados pueden renovar su moción.

*Debe declararse sin lugar la moción por ahora.*